IN THE UNITED STATES DISTRICT COURT FOR
THE MIDDLE DISTRICT OF ALABAMA

RECEIVED
2006 MAR 20 A 10: 24

ANTONIO MARTINEZ )
Full name and prison number of )
plaintiff(s) )
)
v. )   CIVIL ACTION NO. 3:06cv 257-MHT
)   (To be supplied by the Clerk of the
THE MEDICAL STAFF )    U.S. District Court)
OF LEE COUNTY DETENTION )
CENTER. (NURSE STEWART )
& DR LACY) )
Name of person(s) who violated )
your constitutional rights. )
(List the names of all the persons) )

I. PREVIOUS LAWSUITS

   A. Have you begun other lawsuits in state or federal court dealing with the same or similar facts involved in this action?  Yes ( )  No (X)

   B. Have you begun other lawsuits in state or federal court relating to your imprisonment?  Yes ( )  No (X)

   C. If your answer to A or B is yes, describe each lawsuit in the space below. (If there is more than one lawsuit, describe the additional lawsuits on another piece of paper, using the same outline).

      1. Parties to this previous lawsuit:
        Plaintiff(s) _____

        Defendant(s) _____

      2. Court (if federal court, name the district; if state court, name the county)
_____

      3. Docket No. _____

      4. Name of Judge to whom case was assigned _____

5. Disposition (for example: Was the case dismissed? Was it appealed? Is it still pending? _____

6. Approximate date of filing lawsuit _____

7. Approximate date of disposition _____

II. PLACE OF PRESENT CONFINEMENT _Lee County Correctional Facility 2311 Gateway Drive Opelika Al. 36801_

PLACE OR INSTITUTION WHERE INCIDENT OCCURRED _Lee County Correctional Center_

III. NAME AND ADDRESS OF INDIVIDUAL(S) YOU ALLEGE VIOLATED YOUR CONSTITUTIONAL RIGHTS.

|   | NAME | ADDRESS |
|---|------|---------|
| 1. | Nurse Stewart | P.O. Box 2407 Opelika, AL. 36801, LCDC |
| 2. | Dr. Lacy | East Alabama Medical Center Emergency Room |
| 3. |  |  |
| 4. |  |  |
| 5. |  |  |
| 6. |  |  |

IV. THE DATE UPON WHICH SAID VIOLATION OCCURRED _January 25th, + February 8th, 2006, and March 14, 2006_

V. STATE BRIEFLY THE GROUNDS ON WHICH YOU BASE YOUR ALLEGATION THAT YOUR CONSTITUTIONAL RIGHTS ARE BEING VIOLATED:

GROUND ONE: _I need an operation for a hernia, and I am being denied medical attention_

STATE BRIEFLY THE FACTS WHICH SUPPORT THIS GROUND. (State as best you can the time, place, manner, and person involved).

_On 2/6/06, the doctor told me that I didn't need surgery, and then told me that as soon as I get out I need to have surgery. On 3/14/06, the doctor Lacy said that I couldn't get this surgery till I get out or go to prison_

GROUND TWO: I have recieved no medication for pain

SUPPORTING FACTS: I have been told on several different occasions that I can have no medication, by Nurse Stewart.

GROUND THREE: I have been moved from the medical dorm to general population

SUPPORTING FACTS: I was moved from the medical dorm on around the 2nd of Febuary by Corpral Wiltse for no reason, EXCEPT THAT he DOESN'T BELIEVE I have a HERNIA

VI. STATE BRIEFLY EXACTLY WHAT YOU WANT THE COURT TO DO FOR YOU. MAKE NO LEGAL ARGUMENT. CITE NO CASES OR STATUTES.

To make it possible to get my operation as soon as possible, and to have the ones who are violating my rights to pay for the bills, and have them emburse me for pain & suffering, AND ANY BILLS INCURED IN PURSUIT of Justice

_____
Signature of plaintiff(s)

I declare under penalty of perjury that the foregoing is true and correct.

EXECUTED on 2/16/06
              (date)

_____
Signature of plaintiff(s)

(3-)

DOCTOR THAT I COULDN'T GET THE SURGERY FOR ...

2/16/06

REQUESTS SENT OUT

#1. Need the names of the Nurse(s) & Doctor involved & Address. Also date of visit to the Doctor Time, place, manner & person(s) involved

#3 Show ledger sheet showing last six months transactions on 8"x11"

#* ON 3/4/06, I SENT A REQUEST OUT FOR THE NAMES OF THE NURSE'S & DOCTORS, AGAIN, AND A REQUEST TO GET A CERTIFIED STATEMENT OF MY ACCOUNT. THE REQUEST'S SENT OUT EARLIER WERE NOT ANSWERED. I ALSO REQUESTED A NOTARY PUBLIC.

✳ [signature]

I CERTIFY THIS IS TRUE AND CORRECT AND WILL TESTIFY UNER OATH AS A WITNESS
    ✳ LOUIS CHRISTOPHER LATHAM
    [signature] Louis C. Latham

DONE ON THIS 4TH DAY OF MARCH.

ON 3/14/06 AT 8:00 AM, I WAS TOLD BY THE DOCTOR THAT I COULDN'T GET THE SURGERY FOR MY HERNIA UNTIL I (a) GET OUT, OR (b) GO TO PRISON.