**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X Brenda Ingram
☐ Agent
☑ Addressee

B. Received by (Printed Name)   C. Date of Delivery
Brenda Ingram

1. Article Addressed to:

Nurse Stewart
Lee Co. Det. Center
P.O. Box 2407
Opelika, AL 36801

3:06cv257
Proc + cmp

D. Is delivery address different from item 1? ☐ Yes
   If YES, enter delivery address below: ☐ No

3. Service Type
☑ Certified Mail   ☐ Express Mail
☐ Registered      ☑ Return Receipt for Merchandise
☐ Insured Mail    ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)   ☐ Yes

2. Article Number
(Transfer from service label)
7005 1820 0002 3461 2953

PS Form 3811, February 2004    Domestic Return Receipt    95-02-M-1540

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

   Dr. Lacy
   Lee Co. Det. Center
   P.O. Box 2407
   Opelika, AL 36801

   SCANNED
   may 8

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
   X Brenda Ingram    ☐ Agent  ☑ Addressee

B. Received by (Printed Name)    C. Date of Delivery
   Brenda Ingram

D. Is delivery address different from item 1?  ☐ Yes
   If YES, enter delivery address below:        ☐ No

   3:06cv257
   Proc & Cnf

3. Service Type
   ☑ Certified Mail    ☐ Express Mail
   ☐ Registered        ☑ Return Receipt for Merchandise
   ☐ Insured Mail      ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)   ☐ Yes

2. Article Number (Transfer from service label)
   7005 1820 0002 3461

PS Form 3811, February 2004    Domestic Return Receipt    102595-02-M-1540