IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | | |
|---|---|---|
| ANTONIO MARTINEZ | * | |
| Plaintiff, | * | |
| v. | * | 3:06-CV-257-MHT |
| NURSE STEWART, *et al.*, | * | |
| Defendants. | * | |

**ORDER**

It appears that service has not been perfected on Defendant Lacy. If a person has not been served, he or she is not a party to this lawsuit except in very unusual circumstances. Consequently, in order to maintain litigation against Lacy, Plaintiff must furnish the clerk's office with a correct address for this individual. Accordingly, it is

ORDERED that:

1. On or before May 3, 2006 Plaintiff shall furnish the clerk's office with the correct address for Lacy. Plaintiff is advised that the court will not continue to monitor this case to ensure that the defendant he wishes to sue has been served. This is Plaintiff's responsibility;

2. Plaintiff is cautioned that if he fails to comply with this order, Defendant Lacy will not be served, he will not be a party to this cause of action, and this case will proceed only against those defendants on whom service is perfected. *See* Rule 4(m), *Federal Rules of*

*Civil Procedure*.

    Done this 24th day of April 2006.

                                                   /s/ Vanzetta Penn McPherson
                                                   VANZETTA PENN MCPHERSON
                                                   UNITED STATES MAGISTRATE JUDGE