IN THE UNINTED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA

ANTONIO MARTINEZ
  Plaintiff,
    v.                                    3:06-CV-257-MHT
NURSE STEWART, et al.,
  Defendants

RECEIVED 2006 MAY -1 A 9:57

IN ACCORDANCE WITH THE ORDER IN ABOVE SAID CASE, Plaintiff Martinez DOES comply with said ORDER NUMBER (1) To wit; ON OR BEFORE MAY 3, 2006 Plaintiff shall furnish the clerks office with the correct address for Defendant Lacy. Plaintiff is advised that the court will not continue to moniter this case to ensure that the Defendant he wishes to sue has been served. This is the plaintiff's Responsibility.
* In accordance with Rule 4(M), FEDERAL RULES OF CIVIL PROCEDURE.

Said defendants Lacy's Address is:
DOCTOR LACY
C/O EAST ALABAMA MEDICAL CENTER
2000 PEPPERELL PARKWAY
OPELIKA, AL. 36801

Plaintiff is now in compliance with said order

DONE this 25th day of April 2006