# Exhibit A
# Inmate File of Antonio Martinez
# Inmate Booking Sheet dated January 9, 2006

```
01/09/2006      21:44:07                LEE COUNTY SHERIFF'S OFFICE                      PAGE     1
                                        INMATE BOOKING SHEET
===============================================================================================
BOOKING NO: 060000161

INMATE NAME: MARTINEZ ANTINIO                              RACE: H        SEX: M
      ALIAS:                                                HT: 5'09"   HAIR: BLK
      ALIAS:                                                WT: 160     EYES: BRO
    ADDRESS: ████████████████████████              COMPLEX:
 CITY/ST/ZIP: ████████████                             SSN: ████████████
 HOME PHONE: 000-000-0000                             DL ST:              DLN:
        DOB: ██████████  AGE:  48                       SID:
  PLCE BIRTH: CUBA                                    LOCID: 31731
      STATE:
   M. STATUS: SINGLE Married
   RELIGION:
 GANG ASSOC: NONE
SCARS/TATTOOS: SEVERAL TATS ON CHEST
KNOWN ENEMIES:
    REMARKS: ████████████████ ----------- NEXT OF KIN ------------------------------------
NEXT OF KIN: DEBRHA                            RELATIONSHIP: WIFE
    ADDRESS: SSA                                      PHONE: 000-000-0000
 CITY/ST/ZIP: ,
    REMARKS:
--------------------------------- EMPLOYER INFO ------------------------------------
   EMPLOYED: Y
EMPLOYER NAME: SELF
    ADDRESS:
 CITY/ST/ZIP: ,
      PHONE: 000-000-0000
----------------------------------- MEDICAL -------------------------------------
 HANDICAPPED:    NEEDS:
    GLASSES: N  SMOKE: N
MEDICAL NEEDS:   NEEDS:
  PHYSICIAN:                              PHONE: 000-000-0000
    REMARKS: SAYS BAD HERNIHA

    REMARKS:
    REMARKS:
----------------------------------- PROPERTY -------------------------------------
       CASH:       $28.00
 DESCRIPTION: CASH
ADD. PROPERTY: BELT, BILLFOLD, WATCH(GOLD IN COLOR)CHAIN (GOLD IN COLOR)
ADD. PROPERTY: CELL PHONE
ADD. PROPERTY:
 BIN NUMBER: 41
VEH IMPOUNDED:
 IMPOUND LOT:
    REMARKS:
    REMARKS:
===============================================================================================
I HAVE READ THE ABOVE ACCOUNTING OF MY PERSONAL INFORMATION, MEDICAL
INFORMATION, MONEY, AND OTHER PROPERTY AND I FIND IT TO BE TRUE AND ACCURATE.

INMATE:                           DATE: 1/9 06    TIME:

BOOK OFFICER:                     DATE:           TIME:
```

```
                              LEE COUNTY SHERIFF'S OFFICE
                              INMATE BOOKING SHEET                      PAGE    2
1/09/2006      21:44:07  ================================================================
===========================  INMATE NAME: MARTINEZ ANTINIO
OOKING NO: 060000161  ===========================================================
===                                      ATTORNEY ON REC:
          COURT:                             PHONE: 000-000-0000
          JUDGE:
        REMARKS:
        REMARKS:
    ------------------------------------  -------------------------------------
      BOOK DATE: 01/09/2006  BOOK TIME: 21:31  BOOK TYPE: NORMAL

   ARREST DATE: 01/09/2006            BOOKING OFFICER: SGT PARQUETTE
   ARREST DEPT: APD                   CELL ASSIGNMENT: F2
 ARRST OFFICER: HAYS                       MEAL CODE: 01  LEE COUNTY
PROJ. RLSDATE: 00/00/0000                   FACILITY: 01  COUNTY JAIL
  SEARCH OFFCR: HILL                   CLASSIFICATION:
   TYPE SEARCH: DRESS OUT              WORK RELEASE: N
INTOX RESULTS:

         HOLDS: N
        AGENCY:                 REASON:
        AGENCY:                 REASON:
        AGENCY:                 REASON:
        AGENCY:                 REASON:

         NOTES:
         NOTES:
         NOTES:
```

```
                                    LEE COUNTY SHERIFF'S OFFICE
01/09/2006       21:44:07             INMATE CHARGE SHEET
                                                                        PAGE     3
=================================================================================
BOOKING NO: 060000161        INMATE NAME: MARTINEZ ANTINIO
=================================================================================
    CHARGE NO:   1  DISPOSITION: OPEN                      HOLD: N

ALA STATUTE: 13A-08-41                    # OF COUNTS:   1
    OFFENSE: ROBBERY I                     WARRANT #: 06-345
     CASE #:
   BOND AMT: 100,000.                         FINE:          $0.00
   BAIL AMT: 100,000.
INIT APPEAR: 00/00/0000                SENTENCE DATE: 00/00/0000
RELEASE DTE: 00/00/0000
ARREST DATE: 01/09/2006                 ARST AGENCY: APD
ARST OFFICR: HAYS                            COUNTY: LEE
      COURT: CC                               JUDGE:
DEF ATTORNY:                           DIST ATTORNEY:
   COMMENTS:
   COMMENTS:
   COMMENTS:
```