# Exhibit B
# Declaration of Nurse Linda Stewart

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE MIDDLE DISTRICT OF ALABAMA**

| | | |
|---|---|---|
| **ANTONIO MARTINEZ,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| **v.** | ) | **Civil Action No.  3:06-CV-257-MHT** |
| | ) | |
| **NURSE STEWART, et. al.,** | ) | |
| | ) | |
| **Defendants.** | ) | |

<u>**DECLARATION OF LINDA STEWART**</u>
<u>**PURSUANT TO 28 U.S.C. § 1746**</u>

| | |
|---|---|
| **STATE OF ALABAMA** | ) |
| | ) |
| **COUNTY OF LEE** | ) |

1.     My name is Linda Stewart.  I am over the age of nineteen and competent to make this declaration.

2.     I have been employed as a nurse with the Lee County Detention Facility for over four years.  I am an L.P.N. and have been licensed for over twenty-years, having served as a nurse in the ICU and CCU in Cobb Hospital Emergency Room for fifteen-years.  I taught Nursing Assistance Clinicals for two years at Career Institute.  I collected medical information for the law firm of Bellamy and Jones for three years, and I was employed as the personal nurse for Doctor Hoffman, in Phenix City, Alabama, for twelve years, prior to my coming to the Lee County Detention Facility.

3.     I am familiar with the Plaintiff Antonio Martinez due to his incarceration in the Lee County Detention Facility.

4.     I state affirmatively that I neither acted, nor caused anyone to act, in such a manner as to deprive the Plaintiff of any right to which he was entitled.

5.      It is the policy of the Lee County Sheriff's Office that all inmates confined in the Lee County Detention Center are entitled to a level of health care comparable to that available to citizens in the surrounding community which will ensure their physical and emotion well-being.

6.      Medical care rendered to inmates in the Lee County Detention Center is delivered under the direction of a licensed health care provider.

7.      No health care personnel or Detention Center officer or other employee of the Sheriff's Office will ever summarily or arbitrarily deny an inmate's reasonable request for medical services.

8.      Medical, dental, and mental health matters involving clinical judgments are the sole province of the responsible physician, dentist, or psychiatrist or qualified psychologist, respectively.

9.      Inmates will be guaranteed access to all diagnostic, laboratory, or other treatment services as directed by the responsible health care authority.

10.      It is the policy of the Lee County Sheriff's Office to allow inmates incarcerated in the Lee County Detention Center to request health care services at any time.

11.      Two methods may be utilized by inmates incarcerated in the Lee County Detention Center in order to secure health care services:

a.      <u>Verbal Request</u>:  An inmate may make a verbal request for emergency medical attention to any member of the Detention Center staff at any time.

b.      <u>Written Request</u>:  An inmate in need of any type of medical attention may complete an Inmate Request form seeking medical attention and forward it to any member of the Detention Center staff.

12.      Requests for medical treatment will be accepted by members of the Detention Center staff at any time.

13.      When a request for medical treatment is made to a member of the Detention Center

2

staff, the staff member receiving the request will notify the Shift Supervisor of the inmate's request. It is the Shift Supervisor's responsibility to ensure that the inmate's request is attended to in a prompt and proper manner. Any doubt as to whether an actual need exists for medical treatment shall be resolved in favor of the inmate and medical treatment will be offered.

14.    Medical requests of an emergency nature are to be handled immediately.

15.    As part of the booking process, inmates are informed of the methods by which they may maintain medical treatment during the booking process.

16.    The Detention Center nurses, under the direction of the Detention Center Administrator, are charged with the responsibility of obtaining appointments for inmates with physicians in order that they may receive medical treatment or for scheduling times when the treating physician may attend to health care needs at the Detention Center.

17.    All health care rendered to inmates will, at the doctor's discretion, be given privately to the inmate, outside the presence of a Detention Center official. Should the physician request, a Detention Center officer will be present for any and all examinations the treating physician deems appropriate.

18.    Sick call is conducted on a scheduled basis by a licensed practical nurse and is available to all inmates. All inmates are required to pay a fee for non-emergency treatment. Inmates will not be denied medical treatment. When an inmate has insufficient funds in his/her trust account to pay for the assessed fee(s), a lien in the amount of the fee(s) will be placed on the inmate's trust account against future monies which may be received.

19.    I followed Dr. McFarland's orders with regard to the Plaintiff's medical care. In fact, per the policy of the Lee County Sheriff's Office, I always follow the instructions of Dr. McFarland on all medical issues.

20.    On January 10, 2006, the Plaintiff submitted a request to see me or the doctor concerning his hernia, and therefore I examined him and set him up an appointment to see Dr. McFarland.  (See Exhibit 1, Inmate Medical File of Antonio Martinez, "Medical File," Inmate Request Slip dated January 10, 2006; Exhibit 2, Medical File, Notes dated January 13, 2006.) The Plaintiff stated that he needed surgery and that he was "under [my] care now."  (Ex. 2.)  I noted that he needed to see Dr. McFarland to have his hernia put back in and placed him in medical observation. (Ex. 2.) I also ordered Motrin twice a day for the Plaintiff. (Ex. 2; Exhibit 3, Medical File, Medication Administration Record dated January 13, 2006.)

21.    The Plaintiff saw Dr. McFarland the next day. (Exhibit 4, Medical File, Notes dated January 18, 2006.)  Dr. McFarland noted that the Plaintiff had had a left inguinal hernia for one year.  The Plaintiff stated that he had spent two days in the hospital in Atlanta with the hernia, but he did not have surgery.  Dr. McFarland noted that the hernia was easily reduced, that the testicle had no hydrocele, that his abdomen was soft and nontender with normal bowel sounds, and that the Plaintiff was not having any respiratory distress.  (Ex. 4.)

22.    Dr. McFarland noted that the Plaintiff did not need to have surgery at that time. (Ex. 4.)  Dr. McFarland noted that, if the hernia was not able to be reduced or if he had any vomiting, surgery would be needed.  Otherwise, any surgery would be merely elective.  Dr. McFarland did not prescribe any medication or treatment for the Plaintiff.  (Ex. 4.)

23.    On January 24, 2006, the Plaintiff requested medication.  (Exhibit 5, Medical File, Inmate Request Slip dated January 24, 2006.)  I noted that Dr.  McFarland did not prescribe pain medication but did give the Plaintiff Motrin.  (Ex. 5.)

24.    On January 25, 2006, the Plaintiff again requested pain medication.  (Exhibit 6, Medical File, Inmate Request Slip dated January 25, 2006.)  I noted that he had a follow-up appointment scheduled with Dr. McFarland.  (Ex. 6.)

4

25.    On January 26, 2006, the Plaintiff was caught by Corporal Wiltsie lifting a water bag in an attempt to try to make his hernia come out. Corporal Wiltsie reported this situation to me, and I relayed it to Dr. McFarland. (Exhibit 7, Inmate File, Notes dated January 31, 2006.)

26.    Dr. McFarland examined the Plaintiff on January 31, 2006. (Ex. 7.) Dr. McFarland noted that there were no nodules within the testicles, no redness, and no swelling. He also noted that the Plaintiff's abdomen was benign. Dr. McFarland further noted that the Plaintiff's claimed tenderness seemed to be "dramatic" rather than "true tenderness." (Ex. 7.)

27.    Dr. McFarland stated that the hernia was not "a problem requiring any attention at this time" and that "nothing need[ed] to be done about the hernia at this time." (Ex. 7.) Dr. McFarland did state that the Plaintiff could use over-the-counter antifungal medication for a fungal infection on his right foot. (Ex. 7.)

28.    The Plaintiff sent another request form regarding his hernia and asking for fungus cream. (Exhibit 8, Medical File, Inmate Request Slip dated February 6, 2006.) I responded that Dr. McFarland was aware of the hernia and if it comes out he may see the doctor. I also gave him cream for his foot. (Ex. 8.)

29.    The Plaintiff then sent another request form asking for medication for his feet and hernia. (Exhibit 9, Medical File, Inmate Request Slip dated February 28, 2006.) I again gave the Plaintiff Motrin and anti-fungal cream. (Ex. 9.)

30.    On March 8, 2006, the Plaintiff sent a request to see the doctor. (Exhibit 10, Medical File, Inmate Request Slip dated March 8, 2006.) Nurse Griffith examined the Plaintiff on March 10, 2006. (Ex. 10; Exhibit 11, Notes dated March 10, 2006.) Nurse Griffith noted that there was no swelling, pouch, or indention. (Ex. 11.) Nurse Griffith gave the Plaintiff Motrin and set him up to see Dr. McFarland. (Ex. 11.)

31.     On March 14, 2006, Dr. McFarland examined the Plaintiff. (Exhibit 12, Medical File, Notes dated March 14, 2006.) Dr. McFarland placed the hernia back in and noted that the testicles were nontender. (Ex. 12.) He noted that the hernia can be manually reduced without difficulty and that surgery was not needed. (Ex. 12.) Dr. McFarland did not order or recommend any medication or treatment for the Plaintiff. (Ex. 12.)

32.     On March 31, April 6, April 9, and April 10, 2006, the Plaintiff requested pain medication and was given Tylenol or Motrin. (Exhibit 13, Medical File, Request dated March 31, 2006; Exhibit 14, Medical File, Inmate Request Slip dated April 6, 2006; Exhibit 15, Medical File, Inmate Request Slip dated April 9, 2006; Exhibit 16, Medical File, Inmate Request Slip dated April 10, 2006.)

33.     On April 14, 2006, the Plaintiff submitted a request for Motrin. (Exhibit 17, Medical File, Inmate Request Slip dated April 14, 2006.) Nurse Griffith responded to the Plaintiff that he could obtain Tylenol or Motrin from whoever was passing out medications because he was authorized on the medication books to receive either. (Ex. 17.)

34.     On April 18, 2006, the Plaintiff requested medication and to see the doctor. (Exhibit 18, Medical File, Inmate Request Slip dated April 18, 2006.) Nurse Stewart ensured that the Plaintiff received Motrin and that he was set up to see Dr. McFarland. (Ex. 18.)

35.     On April 25, 2006, Dr. McFarland saw the Plaintiff and noted that the Plaintiff's hernia was still stable. (Exhibit 19, Medical File, Notes dated April 25, 2006.)

36.     Dr. McFarland has never recommended that the Plaintiff have surgery or have any pain medication other than Tylenol or Motrin. Further, Dr. McFarland did not recommend that the Plaintiff remain in medical isolation. Had Dr. McFarland recommended a surgery for the Plaintiff, I would have taken the steps to set this surgery up for the Plaintiff. Had Dr. McFarland recommended that the Plaintiff receive any other type of pain medication, I would have given the

6

Plaintiff that medication. Had Dr. McFarland recommended that the Plaintiff remain in medical isolation, I would have followed that recommendation.

37.    I have never received a written grievance from the Plaintiff concerning the allegations made the basis of his Complaint.

38.    All medical records attached to the Special Report are true and accurate copies of medical documents kept in the Plaintiff's medical file by me in the ordinary course of my business. I am the custodian of these records.

39.    I declare under penalty of perjury that the foregoing is true and correct. I further declare that I am competent to make this declaration, and that the above statements were made by drawing from my personal knowledge.

Executed on this the **5** day of May, 2006.

_Linda Stewart_
LINDA STEWART

# Exhibit 1
# Medical File of Antonio Martinez
# Inmate Request Slip dated January 10, 2006

Lee County Detention Center

# INMATE REQUEST SLIP

F-1

**LOCATION**

Name Antonio Martinez     Date 1-10-06

☐ Telephone Call     ☐ Doctor     ☐ Dentist     ☐ Time Sheet

☐ Special Visit     ☐ Personal Problem     ☐ Other

Briefly Outline Your Request. <u>Give To Jailer</u>

Need to see nurse or Doctor
Have hernia THATS swollen up
the size of An orange.

THank You

<u>Do Not Write Below This Line</u> - For Reply Only

1/13/06     you will see

NURS. Stewart

Approved _____ Denied _____ Collect Call_____

All Request Will Be Routed Through The Sergeant Over The Jail, Then Forwarded To Those The Request is Directed.

☐ Lieutenant     ☐ Chief Deputy     ☐ Sheriff

Date _____ Time Received _____

CORRECTION OFFICER _____

FORM: LCS-038  (6/99)

**Exhibit 2**
**Medical File of Antonio Martinez**
**Notes dated January 13, 2006**

## NOTES

NAME: _Martinez, Antonio_  SS# _████████████_

DOB: _████████_  AGE: _48_  SEX: _M_  RACE: _H_

DRUG ALLERGIES: _Ø_  TETNUS: _____

NATURE OF PROBLEM OR REQUEST: _Lt Unguinal Hernia_

_____

_____

I CONSENT TO BE TREATED BY HEALTH STAFF FOR THE CONDITION DESCRIBED.

_____
SIGNATURE

### HEALTH CARE DOCUMENTATION

SUBJECTIVE:

OBJECTIVE:    BP_____ P_____ R_____ T_____ O2_____

ASSESSMENT: Alert I/m Brought to Clinic
C/o Needing Surg "U/m under your care
Now" asked inmate how long he had Hernia
would not answer. ask How Long it's been
going in/out would not answer ask who's
your MD would not answer. When I/m
response "When Do I have my Surg?" informs
I/m need to see an MD to put hernia back
in. I/m response "You will get A phone Call"

PLAN: Move I/m to Medical observation, Matress
bed of lying unit. May see MD WP.

REFER TO:_____ (PA/PHYSICIAN) ____ MENTAL HEALTH_____ DENTAL_____

SIGNATURE _Stewart_  TITLE _LPN_  DATE _1/13/06_  TIME _1400_

# Exhibit 3
# Medical File of Antonio Martinez
# Medication Administration Record
# Dated January 13, 2006

# MEDICATION ADMINISTRATION RECORD

| MEDICATIONS | HOUR | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 | 31 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| ī̄ Motrin Bid see md | 0800 | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| 1/13/06 | 2100 | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |

ARTING FOR _____ THROUGH _____

Physician _____ *Protocol* _____
Physician _____    Telephone No. _____    Medical Record No. _____
ergies _____        Att. Telephone _____

Rehabilitative Potential

gnosis _____
Medicaid Number _____    Medicare Number _____    Approved By Doctor: _____ *Stewart* _____   Title: *LPN*   Date: _____
By: _____    D.O.B _____   Sex _____   Room # *E-1*   Patient Code _____   Admission Date _____

ESIDENT _____ *Martinez, Antonio* _____

HECEIVED FROM INTEGRAL SOLUTIONS GROUP • 1-800-295-0767    FORM A-55    STOCK #506423

# Exhibit 4
# Medical File of Antonio Martinez
# Notes dated January 18, 2006

## NOTES

NAME: _Martinez Antonio_    SS# ████████████

DOB: ████████████    AGE: _48_    SEX: _M_    RACE: _H_

DRUG ALLERGIES: _∅_ _____    TETNUS: _____

NATURE OF PROBLEM OR REQUEST: _Lt Inguinal Hernia_

_____

_____

I CONSENT TO BE TREATED BY HEALTH STAFF FOR THE CONDITION DESCRIBED.

_____
SIGNATURE

## HEALTH CARE DOCUMENTATION

SUBJECTIVE:

**01/18/06      Lee County Detention Center      Antonio Martinez      #593038095**
This 48 YO Hispanic male has a left inguinal hernia that has been present for one year. He said he even spent two days in the hospital in Atlanta with it. They did not do surgery. He said he was supposed to have had surgery two weeks ago when he was brought the jail. He is not sure of the name of the doctor.
**Physical Exam:** He walks in loudly complaining. He walked out comfortable. When he lies down I see a large left inguinal hernia that is easily reduced although he resisted my reducing it. It is probably about 5 cm. The defect itself feels like it is probably 2 or 3 cm. The testicle has no hydrocele. He is generally tender in the area of his genitalia. His abdomen is soft and nontender with normal bowel sounds. He is not having any respiratory distress.
**Impression:** Left inguinal hernia that reduces easily.
**Plan:** I tried to explain the difference between an elective and an urgent surgical need. If he has any vomiting or if the hernia is not able to be reduced then we certainly should see him in the Emergency Room and reduce it and if it doesn't reduce then proceed to emergency surgery otherwise it continues to be an elective surgical need. He did not understand that that meant that it could be scheduled at a time that was convenient to his present circumstances. Recheck prn.

PLAN:

_Medical records of Lt inguinal hernia._

_Bring Rgt Ban._

REFER TO:_____ PA/PHYSICIAN_____ MENTAL HEALTH_____ DENTAL_____

SIGNATURE _____ TITLE _MD_ ____ DATE _1-18-06_ TIME _0910_
JOHN H MCFARLAND MD
AM8104894
AL 11404

**Exhibit 5**
**Medical File of Antonio Martinez**
**Inmate Request Slip dated January 24, 2006**

Lee County Detention Cer

# INMATE REQUEST SLIP

LOCATION

Name ANTONIO MARTINEZ Date 1-24-06

☐ Telephone Call    ☐ Doctor    ☐ Dentist    ☐ Time Sheet
☐ Special Visit    ☐ Personal Problem    ☐ Other

Briefly Outline Your Request. __Give To Jailer__

Nurse Stewart

Could you give me my Medication
I really need to go to the hosp.
Im in alot of pain. for hernia

__Do Not Write Below This Line__ - For Reply Only

1/24/06 Qur (m.) didn't
order any pain meds
" mothin givin

Nurse Stewart

Approved _____ Denied _____ Collect Call_____

All Request Will Be Routed Through The Sergeant Over The Jail, Then Forwarded To Those The Request is Directed.

☐ Lieutenant    ☐ Chief Deputy    ☐ Sheriff

Date _____    Time Received _____

CORRECTION OFFICER _____

FORM: LCS-038 (6/99)

# Exhibit 6
# Medical File of Antonio Martinez
# Inmate Request Slip dated January 25, 2006

Lee County Detention Center

# INMATE REQUEST SLIP

E=1

LOCATION

Name _Antonio Martinez_    Date _1/25/06_

☐ Telephone Call        ☐ Doctor        ☐ Dentist        ☐ Time Sheet

☐ Special Visit         ☐ Personal Problem              ☐ Other

Briefly Outline Your Request.  Give To Jailer    _Nurse_

Could you give me my Medication
I really need to go to the hosp
Im in a lot of pain from the
heria

Do Not Write Below This Line - For Reply Only

1/36/06 you have to follow-
up uss with md on 2/8/06

_Nurse Steward_

Approved _____    Denied _____    Collect Call_____

All Request Will Be Routed Through The Sergeant Over The Jail, Then Forwarded To
Those The Request is Directed.

☐ Lieutenant            ☐ Chief Deputy            ☐ Sheriff

Date _____    Time Received _____

CORRECTION OFFICER _____

FORM: LCS-038 (6/99)

**Exhibit 7
Medical File of Antonio Martinez
Notes dated January 31, 2006**

## NOTES

NAME: _Martinez Antino_  SS# _____

DOB: ███████  AGE: _48_  SEX: _m_  RACE: _H_

DRUG ALLERGIES: _Ø_ _____  TETNUS: _____

NATURE OF PROBLEM OR REQUEST: _Hamati Caught Lyty_
_Water Bag About 30.40 lbs_

I CONSENT TO BE TREATED BY HEALTH STAFF FOR THE CONDITION DESCRIBED.

_____
SIGNATURE

---

### HEALTH CARE DOCUMENTATION

SUBJECTIVE:

OBJECTIVE:     BP_____ P_____ R_____ T_____ O2_____

ASSESSMENT:

**01/31/06     Lee County Detention Center     Antonio Martinez     #593038095**
This 48 YO Hispanic male was lifting a 30-40 lb sack of <u>water</u> in an apparent attempt to get his left inguinal hernia to come back out. His hernia is back in. He says he is tender in the testicles.
**Physical Exam:** I was able to palpate testicles. There are no nodules within them. It is not the epididymis. It is more tender, in fact it seems to be a dramatic type of tenderness rather than a true tenderness. There is no redness or swelling. His abdomen is benign.
**Impression:** Inguinal hernia that is not out and certainly not incarcerated or a problem requiring any attention at this time.
**Plan:** Nothing needs to be done about the hernia at this time.
**Addendum:** He shows me a fungal infection in the four-five web space of the right foot. He can use some over-the-counter antifungal medication such as Tinactin, etc. Recheck prn.

REFER TO:_____ PA/PHYSICIAN_____ MENTAL HEALTH_____ DENTAL_____

SIGNATURE_____ TITLE _MD_____ DATE _1-31-06_ TIME _09:12_

JOHN H MCFARLAND MD
AMB 104894
AL 11404

**Exhibit 8**
**Medical File of Antonio Martinez**
**Inmate Request Slip dated February 6, 2006**

Lee County Detention Center
# INMATE REQUEST SLIP

C-1
**LOCATION**

Name ANTONIO MARTINEZ _____ Date _____

- [ ] Telephone Call
- [x] Doctor
- [ ] Dentist
- [ ] Time Sheet
- [ ] Special Visit
- [x] Personal Problem
- [ ] Other

Briefly Outline Your Request. <u>Give To Jailer</u>

Excuse Mrs. Nurse, I am writing to you in
concern of my hyernia, I am in very serious
pain. I also need some fungus cream
for my feet.

Thanks, God Bless

<u>Do Not Write Below This Line</u> - For Reply Only

_[handwritten reply — illegible]_

Approved _____ Denied _____ Collect Call _____

All Request Will Be Routed Through The Sergeant Over The Jail, Then Forwarded To
Those The Request is Directed.

- [ ] Lieutenant
- [ ] Chief Deputy
- [ ] Sheriff

Date _____ Time Received _____

CORRECTION OFFICER _____

FORM: LCS-038 (6/99)

**Exhibit 9**
**Medical File of Antonio Martinez**
**Inmate Request Slip dated February 28, 2006**

Lee County Detention Cer

# INMATE REQUEST SLIP

LOCATION

Name Antonio MARTinez Date _____

☐ Telephone Call    ☐ Doctor    ☐ Dentist    ☐ Time Sheet

☐ Special Visit    ☐ Personal Problem    ☑ Other

Briefly Outline Your Request. Give To Jailer

I need meds for fungus on my feet the shower is so nasty it' pitiful also I need med Thanks for my Hearnia I am in Bad pain I need it Soon!! Thanks —

Do Not Write Below This Line - For Reply Only

2/28/06

nurse

Approved _____ Denied _____ Collect Call _____

All Request Will Be Routed Through The Sergeant Over The Jail, Then Forwarded To Those The Request is Directed.

☐ Lieutenant    ☐ Chief Deputy    ☐ Sheriff

Date _____ Time Received _____

CORRECTION OFFICER _____

FORM: LCS-038 (6/99)

# Exhibit 10
# Medical File of Antonio Martinez
# Inmate Request Slip dated March 8, 2006

Lee County Detention Cen[...]

# INMATE REQUEST SLIP

LOCATION F-1

Name ANTONIO MARTINEZ    Date 3/8/06

☐ Telephone Call    ☑ Doctor    ☐ Dentist    ☐ Time Sheet
☐ Special Visit    ☐ Personal Problem    ☐ Other

Briefly Outline Your Request.  Give To Jailer

I AM HAVING A VERY HARD TIME GETTING UP & AND
OUT OF BED, REASON IS THIS HERNIA IS GIVE
ME PAIN ALL THE TIME GIVE ME Problem when use
THE Bath Room. THO PAIN PILLS IS Not Getting or taking
this PAIN AWAY. NEED to SEE THE DOCTOR Soon As possible
Thank you
Antonio Martinez

Do Not Write Below This Line - For Reply Only

Dctn today in sick
Call 3/10/06
Nurse Griffitz

Approved _____ Denied _____ Collect Call_____

All Request Will Be Routed Through The Sergeant Over The Jail, Then Forwarded To
Those The Request is Directed.

☐ Lieutenant    ☐ Chief Deputy    ☐ Sheriff

Date _____ Time Received _____

CORRECTION OFFICER _____

FORM: LCS-038 (6/99)

**Exhibit 11**
**Medical File of Antonio Martinez**
**Notes dated March 10, 2006**

## NOTES

NAME: Martinez, Antonio _____ SS# _____

DOB: _____ AGE: 48 SEX: M RACE: H

DRUG ALLERGIES: Ø _____ TETNUS: _____

NATURE OF PROBLEM OR REQUEST: States has pain from
inguinal hernia Ⓛ _____

_____

I CONSENT TO BE TREATED BY HEALTH STAFF FOR THE CONDITION DESCRIBED.

_____
SIGNATURE

### HEALTH CARE DOCUMENTATION

SUBJECTIVE: A+O x3. responsive

OBJECTIVE: BP_____ P_____ R_____ T_____ O2_____

ASSESSMENT: States has pain to Ⓛ groin. States has
Ⓛ inguinal hernia. No swelling or pouch noted.
do "hole" to Ⓛ inguinal area. No indension
noted to area.

PLAN: ① To see M.D. next visit ② Motrin 400mg
PO now.

REFER TO:_____ PA/PHYSICIAN _____ MENTAL HEALTH_____ DENTAL_____

SIGNATURE _____ TITLE LPN DATE 3/10/06 TIME 2 30 pm

# Exhibit 12
# Medical File of Antonio Martinez
# Notes dated March 14, 2006

## NOTES

NAME: _Martinez  Antonio_    SS# ████████

DOB: ████████    AGE: _48_    SEX: _M_    RACE: _H_

DRUG ALLERGIES: _0_    TETNUS: _____

NATURE OF PROBLEM OR REQUEST: _inguinal hernia_

_____

_____

I CONSENT TO BE TREATED BY HEALTH STAFF FOR THE CONDITION DESCRIBED.

_____
SIGNATURE

HEALTH CARE DOCUMENTATION                    / 65ᵗʰ

SUBJECTIVE:

OBJECTIVE:    BP_____  P_____  R_____  T_____  O2_____

ASSESSMENT:

**03/14/06    Lee County Detention Center    Antonio Martinez    #593038095**

This 48 YO Hispanic male says his hernia is still coming out. It is uncomfortable. He is walking with his hand on this left groin.

**Physical Exam:** He doesn't want to let his stomach muscles relax but he eventually does and with slow gentle pressure over the left inguinal hernia it goes back in. the testicles are nontender. No other lesions.

**Impression:** Left inguinal hernia.

**Plan:** I talked to him again about the elective nature of having this repaired. He probably will want to have this done at some point. In the meantime, if he has it come out and can't get it back in and starts vomiting he will let the nurse know immediately so that we can evaluate and see if it will go back in or if it needs emergent evaluation and possible repair. In the meantime, it is an elective thing. It can be manually reduced without difficulty now.

PLAN:    Ⓒ inguinal hernia   reduced ē difficulty

REFER TO:_____  PA/PHYSICIAN_____  MENTAL HEALTH_____  DENTAL_____

SIGNATURE _John H McFarland MD_    TITLE _MD_    DATE _3-14-06_    TIME _0927_
AM8104894    04/19/06  C/o hernia can
AL 11404  feel  MD  to  put it back

# Exhibit 13
# Medical File of Antonio Martinez
# Inmate Request Slip dated March 31, 2006

ANTONIO MARTINEZ    F-1    3-31-06

NURSE

I NEED SOME PAIN PILLS FOR MY HERNIA BECAUSE IT REALLY HURTS.

— THANKS FOR YOUR TIME

4/1/06
Tylenol sent
Nurse Griffin

**Exhibit 14**
**Medical File of Antonio Martinez**
**Inmate Request Slip dated April 6, 2006**

Lee County Detention Center

# INMATE REQUEST SLIP

F-1
G-1
**LOCATION**

Name _ANTONIO MARTINEZ_    Date _04-06-06_

☐ Telephone Call    ☐ Doctor    ☐ Dentist    ☐ Time Sheet

☐ Special Visit    ☐ Personal Problem    ☒ Other

Briefly Outline Your Request. <u>Give To Jailer</u>  NURSE STEWART.
I WOULD LIKE TO HAVE MOTRIN FOR
MY HERNIA FOR A COUPLE OF DAYS LONGER
BECAUSE I'M IN CONSTANT PAIN.

THANKS FOR YOUR TIME

<u>Do Not Write Below This Line - For Reply Only</u>
4/7/06   MOTRIN sent
                    Nurse Griffin

Approved _____ Denied _____ Collect Call _____

All Request Will Be Routed Through The Sergeant Over The Jail, Then Forwarded To Those The Request is Directed.

☐ Lieutenant        ☐ Chief Deputy        ☐ Sheriff

Date _____    Time Received _____

CORRECTION OFFICER _____

FORM: LCS-038  (6/99)

**Exhibit 15**
**Medical File of Antonio Martinez**
**Inmate Request Slip dated April 9, 2006**

Lee County Detention Center

# INMATE REQUEST SLIP

F-1
**LOCATION**

Name ANTONIO MARTINEZ          Date 04-09-06

☐ Telephone Call     ☐ Doctor          ☐ Dentist          ☐ Time Sheet

☐ Special Visit      ☐ Personal Problem  ☑ Other

Briefly Outline Your Request. <u>Give To Jailer</u>  NURSE STEWART
I NEED SOME MOTRIN FOR MY HERNIA
BECAUSE I AM IN ALOT OF PAIN

<u>Do Not Write Below This Line</u> - For Reply Only

4/10/06  Motrin sent

Nurse Griffith

Approved _____  Denied _____  Collect Call_____

All Request Will Be Routed Through The Sergeant Over The Jail, Then Forwarded To
Those The Request is Directed.

☐ Lieutenant          ☐ Chief Deputy          ☐ Sheriff

Date _____  Time Received _____

CORRECTION OFFICER _____

FORM: LCS-038 (6/99)

**Exhibit 16**
**Medical File of Antonio Martinez**
**Inmate Request Slip dated April 10, 2006**

Lee County Detention Center

# INMATE REQUEST SLIP

E-1
**LOCATION**

Name _ANtonio martinez_    Date _4/10/06_

☐ Telephone Call    ☐ Doctor    ☐ Dentist    ☐ Time Sheet

☐ Special Visit    ☐ Personal Problem    ☐ Other

Briefly Outline Your Request.  <u>Give To Jailer</u>

_Nurse stewart_
_could you give me my Medication_
_for hernia IM in alot Pain_

<u>Do Not Write Below This Line</u> - For Reply Only

_04/12/06 # Metro given_
_for Orders @ am @_

_Nys Stew_

Approved _____    Denied _____    Collect Call_____

All Request Will Be Routed Through The Sergeant Over The Jail, Then Forwarded To Those The Request is Directed.

☐ Lieutenant    ☐ Chief Deputy    ☐ Sheriff

Date _____    Time Received _____

CORRECTION OFFICER _____

FORM: LCS-038  (6/99)

# Exhibit 17
# Medical File of Antonio Martinez
# Inmate Request Slip dated April 14, 2006

Lee County Detention Center

# INMATE REQUEST SLIP

**F-1**
LOCATION

Name Antonio Martinez    Date 04/14/06

☐ Telephone Call    ☐ Doctor    ☐ Dentist    ☐ Time Sheet

☐ Special Visit    ☐ Personal Problem    ☐ Other

Briefly Outline Your Request. <u>Give To Jailer</u>    Nurse Stewart

I Need Some Motrin For My Hernia Because I am in alot of Pain

<u>Do Not Write Below This Line</u> - For Reply Only

4/15/06 you have an Order from our doctor to have Tylenol or Motrin. It is fixed up in the medication books for you. Just ask whoever is passing out medication for it. Nurse Griffith

Approved _____ Denied _____ Collect Call_____

All Request Will Be Routed Through The Sergeant Over The Jail, Then Forwarded To Those The Request is Directed.

☐ Lieutenant    ☐ Chief Deputy    ☐ Sheriff

Date _____ Time Received _____

CORRECTION OFFICER

**Exhibit 18**
**Medical File of Antonio Martinez**
**Inmate Request Slip dated April 18, 2006**

Lee County Detention Center

# INMATE REQUEST SLIP

**E-1**
LOCATION

Name ANTONIO MARTINEZ    Date 4/18/06

☐ Telephone Call    ☐ Doctor    ☐ Dentist    ☐ Time Sheet
☐ Special Visit    ☐ Personal Problem    ☐ Other

Briefly Outline Your Request. Give To Jailer    NURSE STEWART

I NEED MY MEDICATION
FOR MY HERNIA, AND I DID NOT GET
TO GO SEE THE DOCTOR TODAY.
WHAT'S THE HOLD-UP? I NEED TO
GO SEE HIM, IF ITS NOT A
PROBLEM.
    THANK YOU FOR YOUR TIME.

Do Not Write Below This Line - For Reply Only

4/19/06  already address
Down To See him.
The. Decrease TYL/Motrin
got Two This AM

Nurse Stew

Approved _____ Denied _____ Collect Call _____

All Request Will Be Routed Through The Sergeant Over The Jail, Then Forwarded To
Those The Request is Directed.

☐ Lieutenant    ☐ Chief Deputy    ☐ Sheriff

Date _____ Time Received _____

CORRECTION OFFICER _____

FORM: LCS-038 (6/99)

**Exhibit 19**
**Medical File of Antonio Martinez**
**Notes dated April 25, 2006**

# NOTES

NAME: _Martinez, Antonio_     SS# ▊▊▊▊▊▊▊

DOB: ▊▊▊▊▊▊     AGE: _48_     SEX: _m_     RACE: _H_

DRUG ALLERGIES: _none_                    TETNUS: _____

NATURE OF PROBLEM OR REQUEST: _put hernia back in_

_____

_____

I CONSENT TO BE TREATED BY HEALTH STAFF FOR THE CONDITION DESCRIBED.

_____
SIGNATURE

HEALTH CARE DOCUMENTATION     _wt 180_

SUBJECTIVE:

OBJECTIVE:     BP_____ P_____ R_____ T_____ O2_____

ASSESSMENT:

PLAN:

_Stable  Original  hernia._

REFER TO:_____ PA/PHYSICIAN_____ MENTAL HEALTH_____ DENTAL_____

SIGNATURE _John H McFarland MD_ TITLE _MD_ DATE _9-25-06_ TIME _1625_

AM8104894
AL11404