# Exhibit D
# Inmate File of Antonio Martinez
# Special Report dated January 26, 2006

# LEE COUNTY SHERIFF'S DEPARTMENT
## SPECIAL REPORT

Subject: I/m Antonio Martinez    Opelika, AL    1/26/06

To the Sheriff of Lee County:

I report the following **taking a water bag from I/m Antonio Martinez** which occurred at **3:30** o'clock this **P** M. at **Lee County Detention Center (cell E1)**

Below give full particulars, together with name of principals and witness and their address

While taking an inmate to cell E1, I, Ofc William Wiltsie, noticed a water bag tied to a mop handle inside I/m Antonio Martinez's cell. I told I/m Martinez to give me the mop and water bag. Martinez untied the laundry bag from around the mop handle and then pulled a plastic bag filled with water out of the laundry bag. I asked why he was lifting weights with his hernia problems. Martinez stated that he was trying to keep his heart pumping. Martinez was sweating and the veins in his arms were popping out as if he had just finished lifting the water bag. All items were taken out of the cell and Nurse Stewart was notified of what Martinez was doing. The bag weighed approximately 30 to 40 lbs.

Reported by: Will. Wlt

Address _____    Phone _____

Complaint received by _____    How _____

Assigned to _____