In the United States District Court
for the Middle District of Alabama

Antonio Martinez
  Plaintiff

V .                       Civil Action No. 3:06-CV-257-MHT

Nurse Stewart, et. al.,
  Defendants.

### Plaintiff Antonio Martinez's Answer.

Comes now Plaintiff Martinez, and answer the Defendants affirmative defenses

### Answer

Plaintiff Antonio Martinez now brings proof against affirmative defenses.

1. Tha a claim is stated, and it is that Plaintiff Martinez's Rights are being violated under the 8th amendment.

2. Nurse Stewart has no individual capacity when employed by the state, therefore has no immunity

3. Nurse Stewarts official capacity is a state correctional officer, and is not entitled to absolute immunity from these claims.

4. Nurse Stewart, in her official capacity, is a Person under 42 U.S.C. 3 1983.

5. Available Administrative remedies were exhausted with no response from appropriate authorities

6. The casual link between alleged acts of Nurse Stewart was the approval of Plaintiff Martinez's removal from medical dorm to general population

7. The "respondeat superior" theories of liability are not admissible because Nurse Stewart is the boss of the medical section of the jail

8. Under the 8th amendment, the Plaintiffs rights are violated by willful neglect of Plaintiffs medical needs by Nurse Stewart.

9. An inguinal hernia is a serious medical need because at anytime a rupture can occur, leading to serious injury, and possibly death from toxins in the digestive tract.

10. Nurse Stewart showed deliberate indifference by letting officer Wiltsie move Plaintiff to general population

11. Plaintiff Martinez reserves the right to counter any defense apons the investigation on the Defendants behalf.

Respectfully submitted this 15th Day of May, 2006

*[signature]*

CERTIFICATE OF SERVICE

I hereby certify on this 15th day of May, 2006, I filed the forgoing to the Clerks office and Amanda Kay Morgan, P.C., Defendants Attorney, through the mail, to

Amanda Kay Morgan
c/o Webb & Eley, P.C.
7475 Halcyon Pointe Dr.
P.O. Box 240909
Montgomery, AL 36124