ANTONIO MARTINEZ

    PLAINTIFF

    V.                              3:06CV257-MHT

NURSE STEWART, et. al.

    DEFENDANTS

RECEIVED 2006 JUL 13 A 9:21

MOTION FOR CHANGE OF ADDRESS

I, ANTONIO MARTINEZ, HAVE MOVED FROM P.O. BOX 2107 OPELIKA, AL. 36801, TO

ANTONIO MARTINEZ 247206
P.O. BOX 150
MT. MEIGS AL. 36057

Direction

DONE THIS 10 DAY OF JULY, 2006

*[signature]*