IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA

| | |
|---|---|
| ANTONIO MARTINEZ, | ) |
| Plaintiff, | ) |
| v. | ) Civil Action No. 3:06-CV-257-MHT |
| NURSE STEWART, et al., | ) |
| Defendants. | ) |

## MOTION TO WITHDRAW

COMES NOW Amanda Kay Morgan of the law firm of Webb & Eley, P.C., and moves this Court for permission to withdraw from the representation of Nurse Linda Stewart, the Defendant in the above-styled cause. As grounds for this Motion, the undersigned states that she will be no longer be employed with the firm of Webb & Eley, P.C. Ashley Hawkins Freeman of the firm of Webb & Eley, P.C. will be entering a Notice of Appearance for Defendant Nurse Linda Stewart contemporaneously with the filing of this Motion.

WHEREFORE, Amanda Kay Morgan respectfully requests an order from this Court that releases her from representation of Defendant Nurse Linda Stewart.

Respectfully submitted this 6th day of January, 2007.

s/Amanda Kay Morgan
AMANDA KAY MORGAN Bar No. ALL079
Attorney for Defendants
WEBB & ELEY, P.C.
7475 Halcyon Pointe Drive
Post Office Box 240909
Montgomery, Alabama 36124
Telephone: (334) 262-1850
Fax: (334) 262-1889
E-mail: amorgan@webbeley.com

## **CERTIFICATE OF SERVICE**

      I hereby certify that on this the 6th day of January, 2007, I have electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, and that I have mailed a true and correct copy of the foregoing by United States Mail, postage prepaid, to the following non-CM/ECF participant:

              Antonio Martinez
              AIS 247206
              Kilby Correctional Facility
              PO Box 150
              Mt. Meigs, AL 36057-0075

                              **s/Amanda Kay Morgan**
                              OF COUNSEL