**IN THE UNITED STATES DISTRICT COURT**
**FOR THE MIDDLE DISTRICT OF ALABAMA**

| | |
|---|---|
| **ANTONIO MARTINEZ,** | ) |
| | ) |
| **Plaintiff,** | ) |
| | ) |
| v. | ) Civil Action No. 3:06-CV-257-MHT |
| | ) |
| **NURSE STEWART, et al.,** | ) |
| | ) |
| **Defendants.** | ) |

## NOTICE OF APPEARANCE

COMES NOW Ashley Hawkins Freeman, of the law firm of Webb & Eley, P.C., and files her notice of appearance as counsel of record for Nurse Linda Stewart, the Defendant in the above-captioned matter.

Respectfully submitted this 6th day of January, 2007.

        **s/Ashley Hawkins Freeman**
        ASHLEY HAWKINS FREEMAN Bar No. FRE044
        Attorney for Defendants
        WEBB & ELEY, P.C.
        7475 Halcyon Pointe Drive
        Post Office Box 240909
        Montgomery, Alabama 36124
        Telephone: (334) 262-1850
        Fax: (334) 262-1889
        E-mail: afreeman@webbeley.com

## **CERTIFICATE OF SERVICE**

  I hereby certify that on this the 6th day of January, 2007, I have electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, and that I have mailed a true and correct copy of the foregoing by United States Mail, postage prepaid, to the following non-CM/ECF participant:

    Antonio Martinez
    AIS 247206
    Kilby Correctional Facility
    PO Box 150
    Mt. Meigs, AL 36057-0075

          **s/Ashley Hawkins Freeman**
          OF COUNSEL