IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

_____

| | | |
|---|---|---|
| ANTONIO MARTINEZ, #247 206 | * | |
| Plaintiff, | * | |
| v. | * | 3:06-CV-257-MHT |
| NURSE STEWART, *et al.*, | * | |
| Defendants. | * | |

_____

**ORDER ON MOTION**

Counsel for Defendant Stewart has filed a Motion to Withdraw. (Doc. No. 16.) Upon consideration of the motion, and in light of the notice of appearance filed by new counsel for the above-noted defendant on January 6, 2007 (Doc. No. 17), it is

ORDERED that the Motion to Withdraw (Doc. No. 16) be and is hereby GRANTED.

Done, this 10th day of January 2007.

      /s/Wallace Capel, Jr.
WALLACE CAPEL, JR.
UNITED STATES MAGISTRATE JUDGE