IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | |
|---|---|
| ANTONIO MARTINEZ, #247 206 | ) |
| | ) |
|     Plaintiff, | ) |
| | ) |
| v. | )   CIVIL ACTION NO. 3:06-CV-257-MHT |
| | )                         [WO] |
| | ) |
| NURSE STEWART, | ) |
| | ) |
|     Defendant. | ) |

**ORDER**

The magistrate judge filed a recommendation (Doc. #19) in this case to which no timely objections have been filed. After a review of the recommendation and after an independent and de novo review of the entire record, the court believes that the recommendation should be adopted. Accordingly, it is

ORDERED that:

(1)    The recommendation (Doc. #19) of the magistrate judge is adopted.

(2)    Defendant's motion for summary judgment (Doc. #9) is granted to the extent that defendant seeks dismissal of this case for plaintiff's failure to exhaust available administrative remedies.

(3)    This case is dismissed without prejudice in accordance with the provisions of 42 U.S.C. § 1997e(a).

(4)    No costs are taxed.

An appropriate judgment will be entered.

DONE, this the 7th day of March, 2008.

                                              /s/ Myron H. Thompson
                                   UNITED STATES DISTRICT JUDGE